(95 South. 502)

### Ex parte WATTS. (3 Div. 580.)

(Supreme Court of Alabama.   Feb. 8, 1923.)

Certiorari to Court of Appeals.

Suit by W. W. Watts against County Board of Education of Escambia County. A judgment for plaintiff was reversed, and the cause remanded by the Court of Appeals, 95 South. 498, and plaintiff brings certiorari. Writ denied.

Hamilton, Page & Caffey, of Brewton, for petitioner.

G. W. L. Smith and Leon G. Brooks, both of Brewton, Steiner, Crum & Weil, of Montgomery, and F. L. Tate, of Wetumpka, opposed.

SOMERVILLE, J. Petition of W. W. Watts for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of County Board of Education of Escambia County v. W. W. Watts, 95 South. 498.

Writ denied.